NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARSUS, LLC, A UTAH ENTITY,**
*Plaintiff-Appellant*

**v.**

**JOHN H. FIRMAGE, INC., A UTAH ENTITY, DBA BMW OF MURRAY,**
*Defendant-Appellee*

---

2019-1224

---

Appeal from the United States District Court for the District of Utah in No. 1:17-cv-00125-DB, Senior Judge Dee V. Benson.

---

## JUDGMENT

---

PATRICK BRIGHT, Wagner, Anderson & Bright, PC, Los Angeles, CA, argued for plaintiff-appellant. Also represented by TODD E. ZENGER, Duren IP, PC, Salt Lake City, UT.

JOSEPH P. LAVELLE, DLA Piper US LLP, Washington, DC, argued for defendant-appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).
**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 4, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court